UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA JOYCE REEVES,<br><br>  Plaintiff,<br><br>v.<br><br>COUNTY OF ALAMEDA,<br><br>  Defendant. | Case No. 25-cv-02962-TSH<br><br>**ORDER STRIKING REPLY TO ANSWER**<br><br>Re: Dkt. No. 26 |

Plaintiff Linda Joyce Reeves has filed a document titled "Plaintiff Reply to Defendant Answer to Plaintiff's First Amended Complaint." ECF No. 26. Under Federal Rule of Civil Procedure 7(a), a reply to an answer may only be filed if the Court orders one. Fed. R. Civ. P. 7(a)(7). As it has not ordered a reply here, the Court **STRIKES** Plaintiff's reply pursuant to Federal Rule of Civil Procedure 12(f)(1).

**IT IS SO ORDERED.**

Dated: October 2, 2025

THOMAS S. HIXSON
United States Magistrate Judge