CLEARY GOTTLIEB STEEN & HAMILTON LLP[1]
Gregory K. Sobolski (267428)
gsobolski@cgsh.com
Nicole Kylie Kates (364085)
nkates@cgsh.com
650 California Street, Suite 2400
San Francisco, CA 94108
T: 415-796-4400
Attorneys for Plaintiff LINDA JOYCE REEVES

ANDREA L. WEDDLE (250297)
Interim County Counsel
By: KIMBERLY A. MILLINGTON (169200)
Office of the County Counsel, County of Alameda
1221 Oak Street, Suite 450
Oakland, California 94612
Telephone: (510) 272-6700
Email: kimberly.millington@acgov.org
Attorneys for Defendant COUNTY OF ALAMEDA

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| LINDA JOYCE REEVES,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF ALAMEDA,<br><br>Defendant. | Case No. 3:25-cv-02962-TSH<br><br>**STIPULATION AND ORDER ADJUSTING CASE SCHEDULING ORDER**<br>Judge: Hon. Thomas S. Hixson<br>Trial Date: June 14, 2027<br>Date Action Filed: March 31, 2025 |

Plaintiff LINDA JOYCE REEVES ("Plaintiff"), represented in the ongoing Mediation by undersigned counsel Gregory Sobolski and Nicole Kates, has requested to amend the Scheduling Order such that the Deadline to Seek Leave to Amend Pleadings is extended from July 6, 2026 until August 14, 2026. The deadline previously fell before the agreed upon Mediation date of August 7, 2026, thereby prejudicing Plaintiff in the event of an unsuccessful mediation. Defendant COUNTY OF ALAMEDA ("Defendant"), represented by County Counsel Kimberly

---

[1] APPEARING FOR THE LIMITED PURPOSE OF SUBMITTING THIS STIPULATION AND PROPOSED AMENDED SCHEDULING ORDER

Millington, has no objection to this request. The proposed amended Scheduling Order, which proposes only a change to the Deadline to Amend Pleadings, is as follows.

Respectfully submitted,

GREGORY K. SOBOLSKI
NICOLE KYLIE KATES
Attorneys for Plaintiff Linda Joyce Reeves

Dated: June 2, 2026        */s/ Gregory K. Sobolski*
Gregory K. Sobolski
Nicole Kates
Attorneys for Linda Joyce Reeves

Dated: June 2, 2026        */s/ Kimberly Millington*
Kimberly Millington
Assistant United States Attorney

ORDER

Pursuant to the parties' stipulation and for good cause shown, the Court HEREBY ORDERS that The Scheduling Order entered on November 6, 2025 (Dkt. No. 36) as follows: the Deadline to Seek Leave to Amend Pleadings is extended from July 6, 2026 to August 14, 2026. PURSUANT TO STIPULATION IT IS SO ORDERED.

Dated: June 3, 2026

HON. THOMAS S. HIXSON
United States Magistrate Judge

3                                  STIPULATION                AND
AMENDED SCHEDULING ORDER
CASE NO.: 3:25-CV-02962-TSH