UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LINDA JOYCE REEVES,

Plaintiff,

v.

COUNTY OF ALAMEDA,

Defendant.

Case No. 25-cv-02962-TSH

**ORDER GRANTING MOTION FOR LEAVE TO FILE AMENDED COMPLAINT; ORDER FOR PARTIES TO MEET AND CONFER RE: CASE MANAGEMENT DEADLINES**

Re: Dkt. No. 55

Pending before the Court is Plaintiff Linda Joyce Reeves's motion to file a third amended complaint. ECF No. 55. Defendant County of Alameda has filed a statement of non-opposition. ECF No. 58. The Court finds this matter suitable for disposition without oral argument and **VACATES** the September 3, 2026 hearing. *See* Civ. L.R. 7-1(b). The Court finds good cause for the amendment under Federal Rule of Civil Procedure 16(b) and that the amendment is proper under Rule 15. Accordingly, the Court **GRANTS** Plaintiff's motion.[1] Plaintiff shall file the amended complaint as a separate docket entry by August 24, 2026. Defendant shall file its responsive pleading no later than 14 days after the amended complaint is entered in ECF.

In its statement of non-opposition, Defendant notes Plaintiff sought leave to amend shortly before the parties participated in mediation, which did not resolve the case. Because the amended complaint raises new factual and legal issues, Defendant requests a continuance of the current case management deadlines. The Court finds good cause to continue those deadlines but prefers that any proposed revised schedule be submitted jointly by the parties. Accordingly, the Court **ORDERS** the parties to meet and confer by August 24, 2026, regarding a proposed revised case

[1] The parties consent to magistrate judge jurisdiction pursuant to 28 U.S.C. § 636(c). ECF Nos. 22, 25.

United States District Court
Northern District of California

management schedule. By August 31, 2026, the parties shall file either (1) a stipulation and proposed order setting forth an agreed-upon schedule or (2), if they are unable to agree, competing proposed case management deadlines.

**IT IS SO ORDERED.**

Dated: August 10, 2026

THOMAS S. HIXSON
United States Magistrate Judge